Case 2:20-cr-00382-SVW   Document 1   Filed 08/31/20   Page 1 of 6   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
08/31/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00382-SVW |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Wire Fraud] |
| ARYEH KLUGER, aka "Tim Viola," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.  Render Media, Inc., formerly known as "Deep Dive Media, LLC," formerly known as "Opposing Views Inc." ("Render"), was a digital media publishing company based in Los Angeles, California, within the Central District of California, that created and cultivated digital media content that appeared on social media outlets such as Facebook.

2.  Co-Conspirator A was a resident of Los Angeles County, California, within the Central District of California.  Co-Conspirator A was the Chief Executive Officer, Chief Financial

Officer, Secretary, and a member of the Board of Directors of Render, which he co-founded with the chairman of Render ("Render Chairman").

3.  Defendant ARYEH KLUGER, aka "Tim Viola," was a resident of San Antonio, Texas.  Defendant KLUGER was the Vice President of Business Development for Render and reported directly to Co-Conspirator A.

4.  As defendant KLUGER and Co-Conspirator A knew, when internet users visited Render-operated websites, the users would also often access articles hosted on those websites with embedded advertisements.  Render generated revenue by driving internet traffic to its websites, which contained content appearing on various social media outlets, and monetizing that traffic through advertisements, distribution, and revenue-sharing with other similarly situated digital media companies.  Render received revenue based on how many times the advertisements were shown to internet users who visited Render's websites.

5.  As defendant KLUGER and Co-Conspirator A knew, to increase the revenue generated by this internet traffic, Render would pay traffic providers to direct "clicks" to Render.  Render would pay these traffic providers per click, which would be profitable to Render as long as the amount that Render was receiving from its advertisers exceeded the aggregate amount that Render was paying the traffic providers.

B.  THE OBJECT OF THE CONSPIRACY

6.  Beginning in or around May 2013 and continuing until at least in or about January 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant KLUGER and Co-Conspirator A conspired with others known and unknown to the

United States Attorney to commit the crime of wire fraud, in violation of Title 18, United States Code, Section 1343.

C. THE MANNER AND MEANS OF THE CONSPIRACY

7. The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

    a. Defendant KLUGER and Co-Conspirator A created independent traffic provider, publishing, and advertising companies that they controlled and then both falsely represented to individuals at Render, including Render Chairman, that they were not associated with those companies and failed to disclose that they were in fact associated with those companies. Those companies included:

        i. Orchid Media LLC ("Orchid Media");

        ii. Serene Media LLC, also known as "SocialXtreme" or "SX" ("Serene Media");

        iii. Cmon Media LLC ("Cmon Media"); and

        iv. Looking Glass Media Group LLC, also known as "LG Media LLC" ("Looking Glass Media"), an advertising company used to monetize websites (collectively, the "Competing Companies").

    b. Defendant KLUGER and Co-Conspirator A would use the Competing Companies to embezzle money from Render by conducting business transactions with Render on behalf of these companies, without disclosing their interests in the Competing Companies. For example:

        i. Defendant KLUGER and Co-Conspirator A would purchase "clicks" from a third-party vendor from which Render was already purchasing "clicks."

        ii. Defendant KLUGER and Co-Conspirator A would use Co-Conspirator A's position of leadership at Render to arrange for

3

Render to purchase these same "clicks" from Orchid Media and Serene Media that defendant KLUGER and Co-Conspirator A had just purchased from the third-party vendor, under terms set by defendant KLUGER and Co-Conspirator A, without disclosing to Render their financial interest in and control over Orchid Media and Serene Media.

    iii. Under the terms of these transactions, Render would pay Orchid Media and Serene Media inflated prices for internet traffic at prices between approximately 1.5 to 2.5 cents per click, causing losses to Render and resulting in corresponding gains to Orchid Media and Serene Media with each click.

  c. Defendant KLUGER and Co-Conspirator A would use their positions of leadership at Render to use Render funds for the benefit of the Competing Companies that they controlled, without disclosing to Render their relationship with the Competing Companies.  For example:

    i. At the direction of defendant KLUGER and Co-Conspirator A, Render sent payments totaling approximately $1 million to the Competing Companies to finance competing digital media services that those companies offered under the direction of defendant KLUGER, Co-Conspirator A, and their associates.

    ii. Defendant KLUGER and Co-Conspirator A routed revenue-generating internet traffic to which Render was entitled to the Competing Companies, including Serene Media and Cmon Media.

  d. To further the conspiracy, defendant KLUGER and Co-Conspirator A would conceal evidence of their conspiracy from Render by, among other things, falsely denying their financial interests in the Competing Companies and using false aliases while transacting on behalf of the Competing Companies.

4

e. During the course of the conspiracy, defendant KLUGER and Co-Conspirator A caused Render to pay a total of approximately $3,354,345 to the Competing Companies for the fraudulent transactions between Render and the Competing Companies.

D. OVERT ACTS

8. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant KLUGER, Co-Conspirator A, and others known and unknown to the United States Attorney committed and caused to be committed various overt acts, in the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On September 3, 2014, defendant KLUGER emailed Co-Conspirator A a draft invoice from Orchid Media to be sent to Render for clicks that Render would be purchasing from Orchid Media.

Overt Act No. 2: On June 2, 2015, defendant KLUGER and Co-Conspirator A caused the transfer of approximately $79,095 from a Bank of America account in the name of Render to a Bank of America account in the name of Looking Glass Media.

Overt Act No. 3: On October 2, 2015, Co-Conspirator A emailed defendant KLUGER about dividing up "clicks" to be sent from Orchid Media and Serene Media.

Overt Act No. 4: On March 14, 2016, in response to a question from a Render employee about the contact information for Serene Media, Co-Conspirator A stated in an email to the Render employee, "I know that their main one for any issues / info is admin@socialextreme.com," without disclosing Co-Conspirator A's and defendant KLUGER's own roles at Serene Media.

  <u>Overt Act No. 5</u>: On May 15, 2017, Co-Conspirator A emailed the Chief Operating Officer of Render about providing payment from Render to Orchid Media.

  <u>Overt Act No. 6</u>: On November 29, 2017, in response to a question from a Render employee about what Orchid Media is, defendant KLUGER responded over instant message that defendant KLUGER "made an intro for them in exchange they make an intro for us," without disclosing his or Co-Conspirator A's own roles at Orchid Media.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

PAUL G. STERN
Assistant United States Attorney
Environmental and Community Safety Crimes Section

ALEXANDER C.K. WYMAN
Assistant United States Attorney
Major Frauds Section