TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1300/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0715/2435
     Facsimile: (213) 894-3713/6269
     E-mail:   paul.stern@usdoj.gov
               alex.wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-382-SVW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | **CURRENT SENTENCING DATE:**  April 26, 2021, at 11:00 a.m. |
| ARYEH KLUGER,   aka "Tim Viola," | **PROPOSED SENTENCING DATE:**  October 18, 2021, at 11:00 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Paul G. Stern and Alexander C.K. Wyman, and defendant ARYEH KLUGER ("defendant"), by and through his counsel of record, Kenneth P. White, hereby stipulate to continue the sentencing date in this matter.

Defendant has entered into a cooperation plea agreement in this matter, and his cooperation is ongoing. Accordingly, the parties

request that his sentencing be continued until October 18, 2021, at 11:00 a.m., or another date that is convenient for the Court, so that defendant can continue to provide cooperation to the government in advance of sentencing.

Dated: March 12, 2021         Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

\_\_\_\_\_/s/_____
PAUL G. STERN
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 12, 2021         \_\_\_\_\_/s/ (with email authorization)\_\_
KENNETH P. WHITE
Attorney for Defendant
ARYEH KLUGER